IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

LONZO SHEPPARD,

           Plaintiff,

      vs.

FELIX IGBINOSA, et al,

           Defendants.

_____/

1:10-cv-01716-LJO-GSA (PC)

ORDER DISREGARDING
MOTION TO PROCEED
IN FORMA PAUPERIS
AS MOOT

( Motion #15)

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

     On May 10, 2012, plaintiff filed an application to proceed in forma pauperis.  Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on September 22, 2010, IT IS HEREBY ORDERED THAT plaintiff's application of  in forma pauperis, is DISREGARDED AS MOOT.

     IT IS SO ORDERED.

   **Dated:** __**May 17, 2012**__     _____**/s/ Gary S. Austin**_____
                                       UNITED STATES MAGISTRATE JUDGE