1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10
11  LONZO SHEPPARD,                      1:10-cv-01716-LJO-GSA (PC)

12          Plaintiff,
                                         ORDER DENYING MOTION FOR
13      vs.                              APPOINTMENT OF COUNSEL

14  FELIX IGBINOSA, et al.,
                                         ( #20)
15          Defendants.

16  _____/

17          On September 19, 2012, plaintiff filed a motion seeking the appointment of counsel.

18  Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

19  Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

20  represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court

21  for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However,

22  in certain exceptional circumstances the court may request the voluntary assistance of counsel

23  pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

24          Without a reasonable method of securing and compensating counsel, the court will seek

25  volunteer counsel only in the most serious and exceptional cases.  In determining whether

26  "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27  of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28  complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

1    In the present case, the court does not find the required exceptional circumstances.  At

2  this early stage in the proceedings, the court cannot make a determination that plaintiff is likely

3  to succeed on the merits.  Plaintiff's second amended complaint was dismissed on June 25,

4  2012 for failure to state a claim, and his third amended complaint, filed on July 9, 2012, awaits

5  screening by the court.  (Docs. 18, 19.)  To date, the court has not found any cognizable claims

6  in plaintiff's multiple complaints for which to initiate service of process, and no other parties

7  have yet appeared.  Moreover, based on a review of the record in this case, the court does not

8  find that plaintiff cannot adequately articulate his claims.  Id.; see Third Amended Complaint,

9  Doc. 19.  Therefore, Plaintiff's motion shall be denied without prejudice to renewal of the

10  motion at a later stage of the proceedings.

11    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

12  DENIED, without prejudice.

13    IT IS SO ORDERED.

14  **Dated:**   **September 20, 2012**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28